| Date | Pleading Number | |
|---|---|---|
| 3/2/76 | | ORDER TO SHOW CAUSE -- why actions should not be consolidated in a single district -- Notified counsel, involved judges. |
| 3/11/76 | | APPEARANCES -- PETER MOSNESS, RONALD ALIOTTI, ELMER R. ADAMS, Victor V. Hoff, Esquire |
| | | DONALD F. NIELSEN -- Michael J. Frank |
| | | BUMBLE BEE SEAFOODS, CASTLE & COOKE, INC., COLUMBIA WARDS FISHERIES, CWC FISHERIES, INC., WARD COVE PACKING CO., INC., RED SALMON PACKING CO. -- Douglas M. Freyer, Esquire |
| | | NELBRO PACKING CO. -- Dexter A. Washburn, Esquire |
| | | ALASKA PACKERS ASSN., INC., QUEEN FISHERIES, INC. - John E. Ederer, Esquire |
| | | NEW ENGLAND FISH CO. -- Peter D. Byrnes, Esq. |
| | | WHITNEY FIDALGO SEAFOODS, INC. -- Matthew R. Kenney, Esq. |
| 3/15/76 | | APPEARANCE -- PETER PAN SEAFOODS AND PACIFIC ALASKA FISHERIES, INC. James F. Rolfe, Esquire |
| 3/15/76 | | APPEARANCE -- ALASKA PACKERS ASSN., -- John E. Ederer, Esq. |
| 3/17/76 | 1 | RESPONSE -- Alaska Independent Fishermen's Marketing Ass. and Peter Mosness; Elmer Adams et al. Ronald Aliotti et al |
| 3/19/76 | 2 | RESPONSE -- DEFENDANTS New England Fish Co., Alaska Packers Assn., Inc., Queen Fisheries, Inc., Bumble Bee Seafoods, Castle & Cooke, Inc., Columbia Wards Fisheries, CWC Fisheries, Inc., Wards Cove Packing Co., Inc. Red Salmon Packing Co., Whitney-Fidalgo Seafoods, Inc., Nelbro Packing Co., Peter Pan Seafoods, Inc. |
| 3/22/76 | 3 | RESPONSE -- PLAINTIFF NIELSEN |
| 3/26/76 | 4 | REPLY OF DEFENDANTS w/cert. of service |
| 3/31/76 | | HEARING ORDER -- Setting A-1 through A-4 for hearing, April 23, 1976 Washington, D. C. |
| 4/20/76 | | WAIVER OF ORAL ARGUMENT -- Western District of Washington Plaintiffs for 4/23/76 hearing |
| 12/3/76 | | CONSENT OF TRANSFEREE COURT -- FOR JUDGE JAMES M. FITZGERALD TO HANDLE LITIGATION IN THE W. D. WASHINGTON UNDER 28 U.S.C. §1407. |
| 12/3/76 | | OPINION AND ORDER -- TRANSFERRING A-4 TO THE W.D. OF WASHINGTON TO BE COORDINATED OR CONSOLIDATED WITH A-1, A-2 AND A-3 FOR PRETRIAL PRECEEDINGS UNDER 28 U.S.C. §1407 BEFORE JUDGE FITZGERALD. |
| 6/23/78 | | APPEARANCE -- RUSSELL J. GALLAGHER, ESQ. for Western Alaska Cooperative Marketing Assn (WACMA) (rew) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 249 -- IN RE BRISTOL BAY ALASKA, SALMON FISHERY ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 7/5/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-5 Fred T. Angasan, et al. v. Alaska Packers Assoc., Inc., et al., D. Alaska, C.A. No. A79-143-CIV NOTIFIED INVOLVED COUNSEL AND JUDGE  (emh) |
| 7/23/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY. B-5 Angasan, et al. v Alaska Packers Assoc.,Inc., etal.,D.Alaska, C. A. No. A79-143-Civ.  Notified involved clerks and judge.(ea) |

O&O, 12/3/76 *** *** Closed 1/25/84

DOCKET NO. 249 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MDL DOCKET NO. 249 -- IN RE BRISTOL BAY ALASKA, SALMON FISHERY ANTITRUST LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 4/23/76

Date(s) of Opinion(s) or Order(s) 12/3/76

Consolidation Ordered ✓   Name of Transferee Judge Hon. Jame M. Fitzgerald from D. Alas

Consolidation Denied ___   Transferee District W.D. Washington

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Peter Mosness v. Alaska Packers Assn., et al. | W.D.Wash McGovern | C74-366S | | C76-884M | 12-15-81D | |
| A-2 | Ronald Aliotti, et al. v. Bumble Bee Seafoods, et al. | W.D.Wash | C75-399S | | C76-884M | 12-15-81D | |
| A-3 | Elmer R. Adams, et al. v. Bumble Bee Seafoods, et al. | W.D.Wash | C75-9S | | C76-884M | 12-15-81D | |
| A-4 | Donald F. Nielsen, et al. v. Alaska Packers Assn., Inc., et al. | D. Alaska Fitzgerald | A75-69 | 12/3/76 | C76-884M | | |
| XYZ-5 | Nicholas Aliotti, et al. v. Bumble Bee Seafoods, et al. | W.D.Wash | 79-637S | | | 1-25-84D | |
| B-5 | Fred T. Angasan, et al. v. Alaska Packers Assoc., Inc., et al. | D.Alaska Fitzgerald | A79-143-CIV | 7/23/79 | | 1/25/84D | |
| XYZ-6 | Nicholas T. Aliotti, et al. v. Peter Pan Seafoods, Inc., et al. | W.D.Wash | C80-752S | | | 4/15/83D | |

Docket Closed Jan 25, 1984

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 249 -- IN RE BRISTOL BAY, ALASKA, SALMON FISHERY ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| PETER MOSNESS, ET AL. (A-1)<br>RONALD ALIOTTI, ET AL. (A-2)<br>ELMER R. ADAMS, ET AL. (A-3)<br>Victor V. Hoff, Esquire<br>P.O. Box 17514<br>Seattle, Washington  98107<br><br>DONALD F. NIELSEN, ET AL. (A-4)<br>Matthew P. Mitchell, Esquire<br>Linus S. Masouredis, Esquire<br>Feldman, Waldman & Kline<br>2700 Russ Bldg.<br>235 Montgomery Street<br>San Francisco, Calif.  94104<br><br>Wickwire, Lewis, Goldmark,<br>  Dystel & Schorr<br>500 Maynard Bldg.<br>Seattle, Wash.  98104<br><br><br><br>PETER PAN SEAFOODS, INC.<br>Patrick D. McVey, Esq.<br>Riddell, Williams, Bulitt &<br>  Walkinshaw<br>4400 Seattle First National Bank<br>  Building<br>Seattle, Washington 98154<br><br><br>WESTERN ALASKA COOPERATIVE<br>MARKETING ASSOCIATION (WACMA)<br>Russell J. Gallagher, Esquire<br>310 K Street, Suite 500<br>Anchorage, Alaska  99501 | BUMBLE BEE SEAFOODS<br><s>CASTLE & COOKE, INC.</s><br>COLUMBIA WARDS FISHERIES<br>CWC FISHERIES, INC.<br>WARDS COVE PACKING COMPANY, INC.<br>RED SALMON PACKING COMPANY<br>Douglas M. Fryer, Esquire<br>Moriarty, Long Mikkelborg & Broz<br>3300 Seattle-First National Bank Bldg.<br>Seattle, Washington  98154<br><br>NELBO PACKING COMPANY<br>Schweppe, Doolittle, Krug<br>  Tausend and Beezer<br>1600 Peoples Natl. Bank Bldg.<br>Seattle, Wash.  98171<br><br>ALASKA PACKERS ASSOCIATION, INC.<br>QUEEN FISHERIES, INC.<br>John E. Ederer, Esquire<br>Helsell, Fetterman, Martin, Todd<br>  & Hokanson<br>1610 Washington Building<br>Seattle, Washington  98101<br><br>NEW ENGLAND FISH COMPANY<br>Peter D. Byrnes, Esquire<br>Bogle & Gates<br>2200 Bank of California Center<br>Seattle, Washington  98164<br><br>WHITNEY-FIDALGO SEAFOODS, INC.<br>Matthew R. Kenney, Esquire<br>Lane, Powell, Moss & Miller<br>3800 Ranier Bank Tower<br>Seattle, Washington  98101<br><br>PETER PAN SEAFOODS, INC. A-6<br>PACIFIC ALASKA FISHERIES, INC.<br>James D. Rolfe, Esquire<br>Graham, McCord, Dunn, Moen,<br>Johnston & Rosenquist<br>3900 Seattle-First National Bank Bldg.<br>Seattle, Washington  98154 |

p. _____

| Plaintiff | Defendant |
|---|---|
| FRED T. ANGASAN, ET AL. (B-5)<br>Matthew P. Mitchell, Esq.<br>Feldman, Waldman & Kline<br>2700 Russ Building<br>235 Montgomery Street<br>San Francisco, Calif.  94104<br><br>(Defendants attorneys listed in B-5)<br><br>George N. Hayes, Esq.<br>Delaney, Wiles, Moore, Hayes<br>  & Reitman<br>1007 West Third Avenue<br>Anchorage, Alaska  99501<br><br>Hal R. Horton<br>Birch, Horton, Bittner & Monroe<br>1127 West 7th Avenue<br>Anchorage, Alaska  99501<br><br>FEED T. ANGASAN, ET AL.<br>Matthew D. Jamin, Esquire<br>1574 29th St., N.W.<br>Corvalis, Oregon  97330<br><br>CASTLE & COOKE, INC.<br>Robert R. Nielsen, Esq.<br>Associate General Counsel<br>Castle & Cooke, Inc.<br>P.O. Box 3928<br>San Francisco, CA 94119 | |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 249 -- IN RE BRISTOL BAY ALASKA, SALMON FISHERY ANTITRUST LITIGATION

dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ALASKA PACKERS ASSN., INC. | A-1     A-4, B-5 |
| BUMBLE BEE SEAFOODS | A-1  A-2  A-3  A-4, B-5 |
| COLUMBIA WARDS FISHERIES | A-1  A-2  A-3  A-4, B-5 |
| CWC FISHERIES, INC. | A-1  A-2  A-3  A-4, B-5 |
| NELBRO PACKING CO. | A-1  A-2  A-3  A-4, B-5 |
| NEW ENGLAND FISH CO. | A-1  A-2  A-3  A-4, B-5 |
| PACIFIC ALASKA FISHERIES, INC. | A-1  A-2  A-3 |
| PETER PAN SEAFOODS, INC. | A-1  A-2  A-3  A-4 |
| QUEEN FISHERIES, INC. | A-1  A-2  A-3  A-4, B-5 |
| WARDS COVE PACKING CO., INC. | A-1  A-2  A-3  A-4, B-5 |

p. _____

| | |
|---|---|
| WHITNEY-FIDALGO SEAFOODS, INC. | A-1  A-2  A-3  A-4, B-5 |
| RED SALMON CO. | A-4, B-5 |
| Castle & Cooke, Inc. | B-5 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | A-1  A-2  A-3  A-4, B-5 |